```
Comp PerA SubA P 00000000001745-001745
3025 1348 N002 P 03098021
1348 / N002 / 1A6
```

Swift Beef Company
Payroll
1770 Promontory Circle
Greeley, CO 80634-9039

EMPLOYEE ID:03098021
Tax Authority    Exempt Addtl
Federal          S/00
Colorado         S/00

## Earnings Statement

Period Beg/End:   Page 001 of 001
                  04/25/2011 - 05/08/2011
Check Date:       05/13/2011
Check Number:     0005748979
Batch Number:     000000000403

ROJAS, MICHAEL
5551 W 29TH ST #4513
GREELEY, CO 80634

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| HrlyPay | 13.50 | 88.17 | 1190.30 | 7130.30 |
| 1.5xOT | 20.25 | 12.58 | 254.75 | 2500.49 |
| Gross Pay | | | 1445.05 | 9630.79 |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | | 1108.68 |
| Social Security Tax | 60.69 | 404.49 |
| Medicare Tax | 20.96 | 139.65 |
| Colorado Withholding Tax | | 357.00 |
| Total taxes | 81.65 | 2009.82 |
| Federal taxable wages | 1445.05 | 9630.79 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Post-tax deductions** | | |
| Employee Purchase | | 0.98 |
| Due Company 1 (JB | | 98.25 |
| United Way JBS | 3.00 | 21.00 |
| Total post-tax de | 3.00 | 120.23 |
| Net Pay | 1360.40 | 7500.74 |

New Window | Help

## Paycheck Earnings | Paycheck Taxes | Paycheck Deductions

**EmplID:** 3098021  **Name:** Rojas, Michael A
**Company:** 003  **Pay Group:** M02  **Pay Period End:** 04/24/2011  **Page:** 36  **Line:** 1  **Separate Check:**

### Paycheck Information
**Paycheck Status:** Confirmed  **Paycheck Option:** Check
**Issue Date:** 04/29/2011  **Paycheck Number:** 5713558
Off Cycle  Reprint  Adjustment  Corrected  Cashed

### Paycheck Totals
| | |
|---|---:|
| Earnings: | 1,526.11 |
| Taxes: | 365.53 |
| Deductions: | 3.00 |
| Net Pay: | 1,157.58 |

### Earnings
Find | View All  First 1 of 1 Last

**Begin Date:** 04/11/2011  **End Date:** 04/24/2011  **Addl Line #:**  **Reason:** Not Specified
**Employment Record Number:** 0  **Benefit Record Number:** 0  Additional Data

| Salaried | | Hourly | | Overtime | |
|---|---|---|---|---|---|
| Hours: | 0.00 | Hours: | 80.00 | Hours: | 22.03 |
| Rate: | 13.500000 | Rate: | 13.500000 | Rate: | 20.250000 |
| Earnings: | 0.00 | Earnings: | 1,080.00 | Earnings: | 446.11 |
| | | Rate Code: | | Rate Code: | |

**Rate Used:** Hourly Rate  **Shift:** 1  **Shift Rate:**
**State:** CO  **Locality:**

### Other Earnings
Customize | Find | View All  First 1 of 1 Last
Other Earnings Details 1 | Other Earnings Details 2

| Code | Description | Rate Used | Hours | Rate | Amount |
|---|---|---|---|---|---|

### Special Accumulators
Customize | Find | View All  First 1-5 of 5 Last

| Code | Description | Hours | Earnings | Empl Rcd # |
|---|---|---:|---:|---:|
| 415 | Section 415 Testing | 102.03 | 1,526.11 | 0 |
| HV1 | 401K Eligible Earnings No Sick | 102.03 | 1,526.11 | 0 |
| PEN | Contributory Pension Plan | 80.00 | 1,080.00 | 0 |
| STP | Step Progression | 102.03 | 1,526.11 | 0 |
| SV1 | 401K Elig Earn Include Sick | 102.03 | 1,526.11 | 0 |

Return to Search  Previous in List  Next in List  Notify

Paycheck Earnings | Paycheck Taxes | Paycheck Deductions

# Paycheck Data

Page 1 of 1

New Window | Help

**Paycheck Earnings** | Paycheck Taxes | Paycheck Deductions

**EmplID:** 3098021  **Name:** Rojas, Michael A
**Company:** 003  **Pay Group:** M02  **Pay Period End:** 04/10/2011  **Page:** 37  **Line:** 1  **Separate Check:**

### Paycheck Information
- **Paycheck Status:** Confirmed
- **Paycheck Option:** Check
- **Issue Date:** 04/15/2011
- **Paycheck Number:** 5695541
- Off Cycle | Reprint | Adjustment | Corrected | ✓ Cashed

### Paycheck Totals
- **Earnings:** 1,525.91
- **Taxes:** 365.45
- **Deductions:** 3.98
- **Net Pay:** 1,156.48

### Earnings
Find | View All  First 1 of 1 Last

**Begin Date:** 03/28/2011  **End Date:** 04/10/2011  **Addl Line #:**  **Reason:** Not Specified
**Employment Record Number:** 0  **Benefit Record Number:** 0  Additional Data

**Salaried**
- Hours: 0.00
- Rate: 13.500000
- Earnings: 0.00

**Hourly**
- Hours: 80.00
- Rate: 13.500000
- Earnings: 1,080.00
- Rate Code:

**Overtime**
- Hours: 22.02
- Rate: 20.250000
- Earnings: 445.91
- Rate Code:

**Rate Used:** Hourly Rate  **Shift:** 1  **Shift Rate:**
**State:** CO  **Locality:**

### Other Earnings
Customize | Find | View All  First 1 of 1 Last

Other Earnings Details 1 | Other Earnings Details 2

| Code | Description | Rate Used | Hours | Rate | Amount |
|---|---|---|---|---|---|

### Special Accumulators
Customize | Find | View All  First 1-5 of 5 Last

| Code | Description | Hours | Earnings | Empl Rcd # |
|---|---|---|---|---|
| 415 | Section 415 Testing | 102.02 | 1,525.91 | 0 |
| HV1 | 401K Eligible Earnings No Sick | 102.02 | 1,525.91 | 0 |
| PEN | Contributory Pension Plan | 80.00 | 1,080.00 | 0 |
| STP | Step Progression | 102.02 | 1,525.91 | 0 |
| SV1 | 401K Elig Earn Include Sick | 102.02 | 1,525.91 | 0 |

Return to Search | Previous in List | Next in List | Notify

Paycheck Earnings | Paycheck Taxes | Paycheck Deductions

